In the Matter of the Estate of WILLIAM C. URBACH, Deceased. ELEANOR J. URBACH, Respondent; JEAN S. URBACH, Appellant.—In a proceeding to determine the validity of the election by petitioner-respondent against the will of decedent William C. Urbach, the appeal is from a decree of the Surrogate's Court, Richmond County, dated June 16, 1976, which decreed that petitioner, as the surviving spouse of the decedent, is entitled to elect against the will. Decree affirmed, with one bill of costs payable out of the estate, on the opinion of Surrogate Paulo. Margett, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD FERRIN, Appellant.—Consolidated appeals by defendant (1) from a judgment of the Supreme Court, Suffolk County, rendered April 18, 1974, convicting him of murder, upon a jury verdict, and imposing sentence, and (2) by permission, from an order of the same court, dated September 7, 1976, which, after a hearing, denied his application to vacate the judgment of conviction and order a new trial on the ground that he was mentally incompetent at the time of trial. Judgment and order affirmed. There is no proof to indicate that defendant was not competent to stand trial. If any error was committed at the trial, it could not, under the facts in this record, have been reversible as the proof of defendant's guilt was overwhelming (see *People v Crimmins,* 36 NY2d 230). Margett, Acting P. J., Shapiro, Titone and Suozzi, JJ., concur.